Clarence EPPS, Jr., Plaintiff–
Appellant,

v.

VIRGINIA DEPARTMENT OF COR-
RECTIONS; Probation and Parole;
Chesapeake Circuit Court, Defen-
dants–Appellees.

No. 06–6598.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 13, 2006.

Decided: Dec. 27, 2006.

Clarence Epps, Jr., Appellant Pro Se.

Before WILKINSON, TRAXLER, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Clarence Epps, Jr., appeals the district
court's order denying relief in this 42
U.S.C. § 1983 (2000) action. We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Epps v.
Virginia Dept. of Corr.*, No. 1:06–cv–
00274–TSE (E.D.Va. Mar. 21, 2006). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court

